1

2                          UNITED STATES DISTRICT COURT

3                               DISTRICT OF NEVADA

4    CHRISTOPHER WILDER,                    Case No. 3:20-CV-0530-RCJ-CLB

5           Plaintiff,                      **ORDER**

6    v.

7    JAMES STOGNER, *et al.*,

8           Defendants.

9

10          On September 7, 2021, the Court screened Plaintiff's complaint, holding that

11   Plaintiff had stated a cognizable claim, in Count 1, that Defendant J. Calderin violated

12   Plaintiff's right to the free exercise of religion under the First Amendment, and dismissing

13   the remainder of Plaintiff's complaint without prejudice with leave to amend.  ECF No. 5.

14   The Court granted Plaintiff leave to file an amended complaint within 30 days to cure the

15   noted defects on the remaining claims, and noted that this matter would proceed on

16   Count 1 if Plaintiff did not file an amended complaint.

17          Plaintiff has filed a motion for additional time to file an amended complaint.  ECF

18   No. 7.  Plaintiff notes that Unit 2 at Northern Nevada Correctional Center has been

19   quarantined due to Covid-19, resulting in delays in receiving legal materials and limiting

20   Plaintiff's access to the inmate who was assisting him in this litigation.  *Id.*

21          Accordingly, for good cause shown,

22          THE COURT **ORDERS** that Plaintiff's Motion for Extension of Time to File

23   Amended Complaint (ECF No. 7) is GRANTED.  Plaintiff shall have until Friday,

24   November 19, 2021, to file an amended complaint.

25

1    THE COURT FURTHER **ORDERS** that, if Plaintiff chooses to file an amended

2  complaint, the Court will screen the amended complaint in a separate screening order.

3  The screening process will take several months.

4    THE COURT FURTHER **ORDERS** that, if Plaintiff does not file an amended

5  complaint curing the deficiencies outlined in this order, this action will immediately

6  proceed against Defendant J. Calderin on Plaintiff's claim that Calderin violated Plaintiff's

7  right to the free exercise of religion under the First Amendment.

8    No further extensions of time will be granted.

9

10  DATED THIS __12th__ day of October 2021

11  _____

12  Carla L Baldwin
   United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

2