```
AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

Attorneys for Defendants
George G. Sorich, Julio Calderin
and Paul Samsel
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WILDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SORICH, et al.<br><br>　　　　Defendants. | Case No. 3:20-CV-00263-CLB<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |
| CHRISTOPHER WILDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES STOGNER, et al.,<br><br>　　　　Defendants. | Case No. 3:20-cv-00530-CLB |

　　　　Plaintiff, Christopher Wilder, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby

///
///
///
///
///
///

Page 1

1  stipulate that the above-captioned actions should be dismissed with prejudice by order of this Court, with
2  each party to bear their own costs.
3  DATED this __6__ day of May 2023.                  DATED this __2nd__ day of June, 2023

                                                     AARON D. FORD
                                                     Attorney General

                                                              /s/ Douglas R. Rands
                                                     By: _____
   _____                   DOUGLAS R. RANDS, Bar No. 3572
   CHRISTOPHER WILDER                                Senior Deputy Attorney General
   *Plaintiff*                                       *Attorneys for Defendants*


Dated: June 2, 2023

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 2, 2023, 2023, I electronically filed the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Christopher Wilder,
635 Casa Del Norte
North Las Vegas, NV 89031

>                       /s/ Roberta W. Bibee
>                       An employee of the
>                       Office of the Attorney General